UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

FILED
NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CR 07   0737 JSW

DATE: November 9, 2007

FILED
NOV 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk's Office
Northern District California
Phillip Burton United States
Courthouse, 16 Floor
450 Golden Gate Ave.
San Francisco, CA, 94102-3434

07-70275

Re: USA vs. JORDAN

Criminal No. 2:07-cr-163-5

Dear Sir or Madam:

I am forwarding herewith certified copies of the following documents at the direction of the United States Attorney and in accordance with the provisions of Rule 20 of the Federal Rules of Criminal Procedure: Certified Copy of Docket Entries, Consent to Transfer Jurisdiction and Superceding Indictment.

Also enclosed is a copy of this letter. Please acknowledge receipt on this copy and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/ Joseph V. Ventresca
    Joseph V. Ventresca
    Deputy Clerk

Enclosures

cc: United States Attorney

U.S. Department of Justice                                Rule 20-Transfer Notice

| To: Constance M. Bowden, Assistant U.S. Attorney | District Western District of Pennsylvania | Date October 17, 2007 |
|---|---|---|
| Name of Subject Jacynta Jordan | Statute Violated 21 U.S.C. § 846 | File Data *(Initials and Number)* CR. 07-163 |

### Part A-District of Arrest

☐  The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐  Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☐  Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.
Docket No.  07-163  .

☐  Other (Specify):

☐  The above-named defendant entered a plea of guilty under Rule 20.
**Date of Plea**        **Date of Sentence**        **Sentence**

| From *(Signature and Title)* Kirsten Ault Assistant United States Attorney | Address U.S. Attorney's Office Northern District of California 450 Golden Gate Avenue, Box 36055 San Francisco, California 94102 |
|---|---|
| | |

### Part B-District of Offense

X   I am agreeable to Rule 20 disposition.

☐   I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
                                    on              at          o'clock.
*(Kindly notify me of any anticipated delay.)*

X   Enclosed are two certified copies of indictment or information. Docket No. 07-163

☐   Please have defendant execute waiver of indictment.

X   Other *(Specify)*: Also enclosed is Consent to Transfer of case for defendant.

| Signature (Name and Title) Mary Beth Buchanan United States Attorney | District Western District of Pennsylvania | Date |
|---|---|---|

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the  WESTERN  DISTRICT OF  PENNSYLVANIA

UNITED STATES OF AMERICA
v.
JACYNTA JORDAN

CRIMINAL NUMBER: 07-163

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, __Jacynta Jordan__, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead __guilty__ to the offense charged, to consent to the disposition of the case in the __Northern__ District of __California__ in which I, __am held__, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: OCT. 25, 2007 at 10:00 AM

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

Mary Beth Buchanan by Robert A Cessar
United States Attorney for the
Western District of
Pennsylvania

_____
United States Attorney for the
Northern District of
California

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal No. 07-163 |
| ) | [21 U.S.C. 846 and |
| ) | 18 U.S.C. 1956(a)(1)(A)(i) |
| ) | and 1957(a)] |
| MARLIN KIMBREW a/k/a Tonda ) | |
| WILLIAM SHANNON a/k/a "OG" ) | |
| RAY KELLY a/k/a Tommy ) | |
| CASEE KELLY a/k/a Stop-N-Drizzy ) | |
| JACYNTA JORDAN ) | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The grand jury charges that:

From in or around March 2003, to on or about January 25, 2007, in the Western District of Pennsylvania and elsewhere, the defendants, MARLIN KIMBREW a/k/a Tonda, WILLIAM SHANNON a/k/a "OG," RAY KELLY a/k/a Tommy, CASEE KELLY a/k/a Stop-N-Drizzy and JACYNTA JORDAN, did knowingly, intentionally and unlawfully conspire with persons both known and unknown to the grand jury to distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as prohibited by Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

In violation of Title 21, United States Code, Section 846.

CERTIFIED FROM THE RECORD.
Date November 9, 2007
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk

**FILED**

JUN - 5 2007

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COUNT TWO

The grand jury further charges that:

On or about June 15, 2006, in the Western District of Pennsylvania, the defendant, MARLIN KIMBREW a/k/a Tonda, knowingly conducted and attempted to conduct a financial transaction involving the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction involved the proceeds of some form of unlawful activity, with the intent to promote the carrying on of specified unlawful activity, that is on or about June 15, 2006, the defendant, MARLIN KIMBREW a/k/a Tonda, transferred a package containing $255,770 in cash to a mailing service, for delivery to C. Jordan, 2601 Tipperary Avenue, San Francisco, California, which the defendant knew contained the proceeds of a conspiracy to distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, as charged in Count One of the Indictment and the Distribution and possession with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), which constitute specified unlawful activity, pursuant to Title 18, United States Code, Section 1956(c)(7)(A), and which did in fact constitute proceeds

of such specified unlawful activity, with the intent to promote said specified unlawful activity.

In violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

COUNTS THREE THROUGH SIX

The grand jury further charges that:

On or about the dates specified below, in the Western District of Pennsylvania and elsewhere, the defendant, MARLIN KIMBREW a/k/a Tonda, did knowingly engage in a monetary transaction, affecting interstate commerce, in criminally derived property with a value greater than $10,000, which property was derived from specified unlawful activity, in that the defendant, MARLIN KIMBREW a/k/a Tonda, engaged in the monetary transactions set forth below, knowing that the funds were derived from a criminal offense, when in fact said funds were derived from specified unlawful activity; that is the conspiracy to distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 United States Code, Section 846, as charged in Count One of the Indictment and the Distribution and possession with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

| COUNT | DESCRIPTION OF MONETARY TRANSACTION | DATE (ON OR ABOUT) | AMOUNT OF TRANSACTION |
|---|---|---|---|
| 3 | Purchase of a 2.75 carat ring from Frost and Company | 6/24/03 | $10,900 |

| COUNT | DESCRIPTION OF MONETARY TRANSACTION | DATE (ON OR ABOUT) | AMOUNT OF TRANSACTION |
|---|---|---|---|
| 4 | Deposit of $169,000 into Pathfinder Credit Union Bank Account | 2/27/04 | $169,000 |
| 5 | Payment of $25,000 in hand money to Howard Hanna for purchase of Unit 7C, 320 Fort Duquesne Blvd. Pittsburgh, PA. | 4/20/04 | $25,000 |
| 6 | Wire transfer of $78,000 from a Pathfinder Credit Union Account to Bumbaugh and Nicola's National City Bank account with respect to the purchase of properties located at 1600 Sumac Street McKeesport, PA. and 2909 Jenny Lind Street McKeesport, PA. | 10/20/04 | $78,000 |

In violation of Title 18, United States Code, Section 1957(a).

## FORFEITURE ALLEGATIONS

1. The Grand Jury realleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeitures, pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2) and 853(p).

2. As a part of the commission of the violation of Title 21, United States Code, Section 846 charged in Count One of this Indictment, the defendants, MARLIN KIMBREW a/k/a Tonda, WILLIAM SHANNON a/k/a "OG," RAY KELLY a/k/a Tommy, CASEE KELLY a/k/a Stop-N-Drizzy, and JACYNTA JORDAN, did use and intend to use $1,000,000 to commit and to facilitate the commission of said violations, thereby subjecting said property to forfeiture pursuant to Title 21, United States Code, Section 853(a)(2).

3. As a result of the commission of the violation of Title 21, United States Code, Section 846, charged in Count One of this Indictment, the defendant, MARLIN KIMBREW a/k/a Tonda, did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly and indirectly, from such violation; thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a)(1):

    a. Real property located at 222 E. 8th Avenue, Homestead, Pennsylvania 15120;

    b. Real property located at 1600 Sumac Street, McKeesport, Pennsylvania 15132;

    c.    Real property located at 1304 Sumac Street, McKeesport, Pennsylvania 15132;

    d.    Real property located at 2908 Jenny Lind Street, McKeesport, Pennsylvania 15132;

    e.    $116,000.00, which represents the proceeds from the sale of real property located at 320 Ft. Duquesne, Blvd., Bldg.7-C, Pittsburgh, Pennsylvania 15222;

    f.    3301 Grover Avenue, McKeesport, Pennsylvania 15132;

    g.    2504 Collins Street, McKeesport, Pennsylvania 15132;

    h.    1307 Sumac Street, McKeesport, Pennsylvania 15132;

    i.    741 Stonebridge Drive, Irwin, Pennsylvania 15642;

    j.    1962 Chevrolet Impala, bearing VIN21867S154868.

4.    As a result of the commission of the violation of Title 21, United States Code, Section 846, charged in Count One of this Indictment, the defendants, RAY KELLY a/k/a Tommy and CASEE KELLY a/k/a Stop-N-Drizzy, did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly and indirectly, from such violation; thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a)(1):

    a.    7387 Taloga Lane, Union City, Georgia

    b.    7409 Gossamer Street, Union City, Georgia

5.    If through any act or omission by the defendants, MARLIN KIMBREW a/k/a Tonda, WILLIAM SHANNON a/k/a "OG," RAY KELLY a/k/a Tommy, CASEE KELLY a/k/a Stop-N-Drizzy, and JACYNTA JORDAN,

any or all of the property described in paragraphs 2-4 above (hereinafter the "Subject Properties"):

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred, sold to, or deposited with a third person;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to the value of the Subject Properties forfeitable above pursuant to Title 21, United States Code, Section 853(p).

A True Bill,

*Charlotte C. Rade*
FOREPERSON

*Mary Beth Buchanan*
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CRIMINAL DOCKET FOR CASE #: 2:07-cr-00163-ANB-5
### Internal Use Only

Case title: USA v. KIMBREW

Date Filed: 04/24/2007
Date Terminated: 11/09/2007

Assigned to: Alan N. Bloch

**Defendant**

**JACYNTA JORDAN** (5)
*TERMINATED: 11/09/2007*

represented by **Jay J. Finkelstein**
Federal Public Defender's Office
1001 Liberty Avenue
1450 Liberty Center
Pittsburgh, PA 15222-3716
(412) 644-6565
Email: jay_finkelstein@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

21 U.S.C. 846 CONSPIRACY TO
DISTRIBUTE AND POSSESS WITH
INTENT TO DISTRIBUTE 5
KILOGRAMS OR MORE OF A
MIXTURE AND SUBSTANCE
CONTAINING A DETECTABLE
AMOUNT OF COCAINE, A
SCHEDULE II CONTROLLED
SUBSTANCE
(1)

**Disposition**

Counts Closed as to Jacynta Jordan

CERTIFIED FROM THE RECORD
Date November 9, 2007
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk

**Highest Offense Level (Terminated)**

Felony

**Complaints**

21:841A=CD.F CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE , 21:846=CD.F
CONSPIRACY TO DISTRIBUTE
CONTROLLED SUBSTANCE

**Disposition**

---

**Plaintiff**

USA                                                          represented by   **Constance M. Bowden**
                                                                              United States Attorney's Office
                                                                              700 Grant Street
                                                                              Suite 4000
                                                                              Pittsburgh, PA 15219
                                                                              (412) 894-7320
                                                                              Fax: (412) 644-2645
                                                                              Email: constance.bowden@usdoj.gov
                                                                              *LEAD ATTORNEY*
                                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2007 | 1 | *SEALED* COMPLAINT as to JACYNTA JORDAN (1). (Attachments: # 1 Affidavit) (lck, ) [2:07-mj-00225-ARH *SEALED*] (Entered: 05/14/2007) |
| 05/10/2007 | 2 | *SEALED* MOTION to Seal by USA as to JACYNTA JORDAN. (lck, ) [2:07-mj-00225-ARH *SEALED*] (Entered: 05/14/2007) |
| 05/10/2007 | 3 | *SEALED* ORDER granting 2 Motion to Seal as to JACYNTA JORDAN (1). Signed by Judge Amy Reynolds Hay on 5/10/07. (lck, ) [2:07-mj-00225-ARH *SEALED*] (Entered: 05/14/2007) |
| 05/10/2007 | 4 | *SEALED* (Court only) **** ARREST Warrant Issued (lck, ) [2:07-mj-00225-ARH *SEALED*] (Entered: 05/14/2007) |
| 05/14/2007 | 5 | *SEALED* MOTION to Unseal Case by USA as to JACYNTA JORDAN. (lck, ) [2:07-mj-00225-ARH *SEALED*] (Entered: 05/15/2007) |
| 05/14/2007 | 6 | *SEALED* ORDER granting 5 Motion to Unseal Case as to JACYNTA JORDAN (1). Signed by Judge Amy Reynolds Hay on 7-225. (lck, ) [2:07-mj-00225-ARH *SEALED*] (Entered: 05/15/2007) |
| 05/15/2007 |   | *SEALED* ***Case sealed as to JACYNTA JORDAN (lck, ) [2:07-mj-00225-ARH *SEALED*] (Entered: 05/15/2007) |
| 05/16/2007 | 7 | *SEALED* NOTICE OF HEARING as to JACYNTA JORDAN Initial Appearance set for 5/22/2007 02:00 PM before Amy Reynolds Hay. (lck, ) [2:07-mj-00225-ARH *SEALED*] (Entered: 05/17/2007) |

| | | |
|---|---|---|
| 05/21/2007 | 8 | *SEALED* ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to JACYNTA JORDAN Jay J. Finkelstein for JACYNTA JORDAN appointed. . Signed by Judge Amy Reynolds Hay on 5/21/07. (lck, ) [2:07-mj-00225-ARH *SEALED*] (Entered: 05/22/2007) |
| 05/23/2007 | 9 | *SEALED* Minute Entry for proceedings held before Judge Lisa Pupo Lenihan :Preliminary Examination as to JACYNTA JORDAN held on 5/23/2007. Defendant waives preliminary exam. (Tape #10:00) (lck, ) [2:07-mj-00225-ARH *SEALED*] (Entered: 05/24/2007) |
| 05/23/2007 | 10 | *SEALED* WAIVER of Preliminary Examination or Hearing by JACYNTA JORDAN (lck, ) [2:07-mj-00225-ARH *SEALED*] (Entered: 05/24/2007) |
| 05/23/2007 | 11 | *SEALED* AMENDED ORDER Setting Conditions of Release . Signed by Judge Lisa Pupo Lenihan on 5/23/07. (lck, ) [2:07-mj-00225-ARH *SEALED*] (Entered: 05/24/2007) |
| 06/05/2007 |  | *SEALED* ***Case sealed as to WILLIAM SHANNON, CASEE KELLY, RAY KELLY, JACYNTA JORDAN (jv) (Entered: 06/06/2007) |
| 06/05/2007 |  | Case unsealed except for Magistrate Judge proceedings as to WILLIAM SHANNON, CASEE KELLY, RAY KELLY, JACYNTA JORDAN (jv) (Entered: 06/06/2007) |
| 06/05/2007 | 30 | (Court only) ****SUPERSEDING INDICTMENT as to MARLIN KIMBREW (1) count(s) 1s, 2s, 3s-6s, WILLIAM SHANNON (2) count(s) 1, RAY KELLY (3) count(s) 1, CASEE KELLY (4) count(s) 1, JACYNTA JORDAN (5) count(s) 1. (Attachments: # 1 Certification and Notice for Filing Pretrial Motions for Kimbrew, Shannon, Ray Kelly, Casee Kelly and Jordan # 2 Arraignment Plea for Kimbrew, Shannon, Ray Kelly and Casee Kelly # 3 Arraignment Plea for Jacynta Jordan # 4 Criminal Case Info Sheet for Marlin Kimbrew # 5 Criminal Case Info Sheet William Shannon # 6 Criminal Case Info Sheet Ray Kelly # 7 Criminal Case Info Sheet for Casee Kelly # 8 Criminal Case Info Sheet Jacynta Jordan) (jv) (Entered: 06/06/2007) |
| 06/05/2007 | 31 | Superseding Redacted Indictment as to MARLIN KIMBREW, WILLIAM SHANNON, CASEE KELLY, RAY KELLY, JACYNTA JORDAN. (jv) (Entered: 06/06/2007) |
| 06/05/2007 | 32 | SUPERSEDING INDICTMENT Memorandum as to MARLIN KIMBREW, WILLIAM SHANNON, CASEE KELLY, RAY KELLY, JACYNTA JORDAN (jv) (Entered: 06/06/2007) |
| 06/06/2007 | 36 | NOTICE OF ARRAIGNMENT as to JACYNTA JORDAN Arraignment set for 6/12/2007 09:30 AM in Courtroom 9B before Robert C. Mitchell. (jv) (Entered: 06/06/2007) |
| 06/12/2007 | 43 | WAIVER of appearance for arraignment by JACYNTA JORDAN- Approved by Robert C. Mitchell (sdm, ) (Entered: 06/13/2007) |
| 06/12/2007 | 44 | Minute Entry for proceedings held before Judge Robert C. Mitchell :Arraignment as to JACYNTA JORDAN (5) Count 1 held on |

| | | |
|---|---|---|
| | | 6/12/2007 defendant pleads Not Guilty (Tape #10:05 to 10:11.) (sdm, ) (Entered: 06/13/2007) |
| 06/12/2007 | 46 | CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS. All pretrial motions to be filed within 10 days of arraignment signed by counsel for MARLIN KIMBREW, JACYNTA JORDAN (sdm, ) (Entered: 06/13/2007) |
| 06/12/2007 | 48 | Receipt for Local Rule 16.1 Material as to JACYNTA JORDAN (sdm, ) (Entered: 06/13/2007) |
| 06/20/2007 | 64 | ORDER as to MARLIN KIMBREW, WILLIAM SHANNON, CASEE KELLY, RAY KELLY, JACYNTA JORDAN that the parties are to comply with Local Criminal Rule 16.1. Signed by Judge Alan N. Bloch on 6/20/2007. (kmw) (Entered: 06/20/2007) |
| 06/26/2007 | 67 | MOTION for Extension of Time to File *Pretrial Motions* by JACYNTA JORDAN. (Attachments: # 1 Proposed Order)(Finkelstein, Jay) (Entered: 06/26/2007) |
| 06/27/2007 | 68 | ORDER granting, in the interest of justice, 67 Motion to Extend Time to File Pretrial Motions as to JACYNTA JORDAN (5). Defendant's Pretrial Motions due by 9/26/2007. Signed by Judge Alan N. Bloch on 6/27/2007. (kmw) (Entered: 06/27/2007) |
| 06/27/2007 | | (Court only) ***Excludable started as to JACYNTA JORDAN: 6/26/2007 to 9/26/2007. (kmw) (Entered: 06/27/2007) |
| 09/26/2007 | 78 | MOTION for Extension of Time to File *Pretrial Motions* by JACYNTA JORDAN. (Attachments: # 1 Proposed Order)(Finkelstein, Jay) (Entered: 09/26/2007) |
| 09/27/2007 | 79 | ORDER granting, in the interest of justice, 78 Motion to Extend Time to File Pretrial Motions as to JACYNTA JORDAN (5). Defendant's Pretrial Motions due by 10/26/2007. NO FURTHER EXTENSIONS WILL BE GRANTED. Signed by Judge Alan N. Bloch on 9/27/2007. (kmw) (Entered: 09/27/2007) |
| 10/26/2007 | 95 | MOTION for Extension of Time to File *Pretrial Motions* by JACYNTA JORDAN. (Attachments: # 1 Proposed Order)(Finkelstein, Jay) (Entered: 10/26/2007) |
| 10/30/2007 | 96 | NOTICE OF HEARING AND HEARING ON MOTIONS as to MARLIN KIMBREW, CASEE KELLY, RAY KELLY, JACYNTA JORDAN: Pretrial Conference and Hearing on Motions ([85], [86], [88], [90], [91], [92], [93]) set for 11/20/2007 at 09:30 AM in Courtroom 8C before Judge Alan N. Bloch. THE DEFENDANTS' PRESENCE AT THIS HEARING IS REQUIRED.(kmw) (Entered: 10/30/2007) |
| 11/06/2007 | | Set/Reset Hearings as to MARLIN KIMBREW, WILLIAM SHANNON, CASEE KELLY, RAY KELLY, JACYNTA JORDAN: Motions Hearing and Pretrial Conference set for 11/29/2007 at 09:30 AM in Courtroom 8C before Judge Alan N. Bloch. (djc) (Entered: 11/06/2007) |

| 11/08/2007 | ●101 | CONSENT TO Transfer Jurisdiction under Rule 20 as to JACYNTA JORDAN filed by USA (Bowden, Constance) (Entered: 11/08/2007) |
|---|---|---|
| 11/09/2007 | ●103 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Northern District of California. Counts closed as to JACYNTA JORDAN (5) Count 1. (jv) (Entered: 11/09/2007) |
| 11/09/2007 | ● | Remark: Mailed Certified Copy of Docket Sheet Consent to Transfer Jurisdiction and Superceding Indictment to Northern District of California by JACYNTA JORDAN (jv) (Entered: 11/09/2007) |