1   BARRY J. PORTMAN
    Federal Public Defender
2   JODI LINKER
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone:  (415) 436-7700
5
    Counsel for Defendant JORDAN
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )      No. CR-07-0737 JSW (JL)
                                       )
12                Plaintiff,           )      [PROPOSED] ORDER RE: TRAVEL
                                       )
13  v.                                 )
                                       )
14  JACYNTA JORDAN,                    )
                                       )
15                Defendant.           )
    _____)
16

17       For good cause shown, and based on the agreement of the parties, defendant Jacynta

18  Jordan's terms of pretrial release are modified as follows:

19       Ms. Jordan shall be permitted to travel to Knoxville, Tennessee from June 4, 2008

20  through June 9, 2008 to attend a work-related conference.  She shall inform her Probation Officer

21  of the itinerary for her travel and a contact number where she can be reached during such travel.

22       IT IS SO ORDERED.

23

24  _____
    DATED                              JAMES LARSON
25                                     United States Magistrate Judge

26

    [Proposed] Order Re: Travel                 1