1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant JORDAN
6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   No. CR-07-0737 JSW (JL)
                                    )
12 |            Plaintiff,           )   [PROPOSED] ORDER RE: TRAVEL
                                    )
13 | v.                              )
                                    )
14 | JACYNTA JORDAN,                 )
                                    )
15 |            Defendant.           )
                                    )
16

17       For good cause shown, and based on the agreement of the parties, defendant Jacynta

18 Jordan's terms of pretrial release are modified as follows:

19       Ms. Jordan shall be permitted to travel to Knoxville, Tennessee from June 4, 2008

20 through June 9, 2008 to attend a work-related conference. She shall inform her Probation Officer

21 of the itinerary for her travel and a contact number where she can be reached during such travel.

22       IT IS SO ORDERED.

23

24  5/7/08
   DATED                              JAMES LARSON  Edward Chen
25                                    United States Magistrate Judge

26

[Proposed] Order Re: Travel                 1

COPIES MAILED TO
PARTIES OF RECORD