**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

| | |
|---|---|
| *11th Floor, Federal Building* | *(415) 436-7200* |
| *450 Golden Gate Avenue, Box 36055* | |
| *San Francisco, California 94102-3495* | *FAX:(415) 436-7234* |

May 8, 2008

Dawn Toland
Courtroom Deputy to the
Honorable William H. Alsup
United States District Court
for the Northern District of California
450 Golden Gate Ave., 19th Floor
San Francisco, CA 94102

    Re:    *United States v. Jacynta Jordan*, CR 07-00737 WHA

Dear Ms. Toland:

    The case of *United States v. Jacynta Jordan*, CR 07-00737 WHA, was recently assigned to Judge Alsup by virtue of its relation to *United States v. William Shannon*, CR 07-00701 WHA. Please add Ms. Jordan's matter to the Court's criminal calendar on May 27, 2008, at 2:00 p.m. for an initial appearance. I have consulted with Assistant Federal Public Defender Jodi Linker, who is Ms. Jordan's counsel, and she has agreed that this date is convenient for her and her client. If you have any questions or concerns, please do not hesitate to contact me at (415) 436-6940.

                                          Sincerely,
                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          KIRSTIN M. AULT
                                          Assistant United States Attorney

cc: Jodi Linker, AFPD