UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 27, 2008

Case No.:  CR 07-0737 WHA

Title:  UNITED STATES -v- JACYNTA JORDAN (present)

Appearances:
    For the Government: Kirsten Ault

    For the Defendant(s): Jodi Linker

Interpreter: n/a      Probation Officer: n/a

Deputy Clerk: Dawn Toland      Court Reporter: Kathy Powell

**PROCEEDINGS**

1)  Trial Setting - HELD

2)  

Case continued to  **6/24/08 at 2:00 pm**  for Change of Plea

**ORDERED AFTER HEARING:**

Defendant is only here to enter a plea on a Rule 20 transfer.  Parties are attempting to reach a disposition but still need to contact the Assistant US Attorney in Philadelphia to get information on the plea agreement.

Time is excluded from today until 6/24/08 for effective preparation and continuity of counsel.