**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 24 , 2008

Case No.:  CR 07-0737 WHA

Title:  UNITED STATES -v- Jacynta Jordan

Appearances:
    For the Government:  Kirstin Ault

    For the Defendant(s): Jodi Linker

Interpreter: n/a                          Probation Officer: n/a

Deputy Clerk: Frank Justiliano            Court Reporter:  Jim Yeomans

**PROCEEDINGS**

1)   Status hearing - HELD.

2)

Case continued to **7/1/08 at 2:00  p.m.**   for Change of Plea

Time Excluded:    **Begins: 6/24/08**           **Ends: 7/1/08**

**ORDERED AFTER HEARING:**
Plea not finalized.  Time excluded for effective preparation.  Stipulation re:  exclusion of time to be submitted.