**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 1, 2008

Case No.: CR 07-0737 WHA

Title: UNITED STATES -v- JACYNTA JORDAN (present)

Appearances:
    For the Government: Kirstin Ault

    For the Defendant(s): Jodi Linker

Interpreter: n/a                Probation Officer: n/a

Deputy Clerk: Dawn Toland        Court Reporter: Lydia Zinn

**PROCEEDINGS**

1) Change of Plea - NOT HELD

2) 

Case continued to **8/19/08 at 2:00 pm** for Status

Case continued to **7/28/09 at 2:00 pm** for Status re Pretrial Diversion

Time Excluded: **Begins:** 7/1/08    **Ends:** 7/28/09

**ORDERED AFTER HEARING:**

Parties have reached an agreement to have the defendant participate in the Pretrial Diversion program for one year. Government will move to dismiss the charges if the defendant successfully completes the program.

Pretrial Services needs 5-6 weeks to process the paperwork for the program. Further status set for 8/19/08 to confirm the paperwork is done.