JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6940
    Facsimile: (415) 436-7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>JACYNTA JORDAN,<br>    Defendant. | No.  CR 07-00737 WHA<br><br>[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 27, 2008, TO JULY 28, 2009, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    On May 27, 2008, the parties appeared before the Honorable William H. Alsup for an initial appearance. At that appearance, the Court set an appearance date of June 24, 2008 for change of plea. At the June 24, 2008, hearing, the parties indicated that they needed one additional week to resolve the matter. The Court continued the hearing to July 1, 2008. At each hearing, the Court ordered that time should be excluded from the Speedy Trial Act calculation, first from May 27, 2008 through June 24, 2008, and then from June 24, 2008, through July 1, 2008, for effective preparation and continuity of defense counsel.

    On or about July 1, 2008, the parties entered into an agreement for pre-trial diversion of

this matter. The terms of this agreement provide that the charges against the defendant will be dismissed if she successfully complies with the terms of the diversion agreement for a term of one year. As part of the diversion agreement, the defendant has agreed to waive her rights to a speedy trial under both the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The Speedy Trial Act specifically permits for a waiver of time under that act in this circumstance. *See* 18 U.S.C. § 3161(h)(2).

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act first from May 27, 2008, through July 1, 2008, for the effective preparation and continuity of defense counsel, under 18 U.S.C. § 3161(h)(8)(A), and second, under 18 U.S.C. § 3161(h)(2), for the period from July 1, 2008 through July 28, 2009, so that the defendant may complete the terms of the pretrial diversion agreement that she had entered into with the United States.

The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from May 27, 2008, through July 1, 2008, based upon the need for effective preparation and continuity of defense counsel so that defense counsel can review discovery regarding the charges in this matter and research plea discussions that took place in the Western District of Pennsylvania.

3. The defendant agrees to an exclusion of time under the Speedy Trial Act from July 1, 2008 through July 28, 2009, so that the defendant may complete the terms of the pretrial diversion agreement that she had entered into with the United States.

3. Counsel for the defense believes that the exclusion of time is in her client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 27, 2008, through July 28, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(2) and (h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that (1) an appearance shall be set on July 28, 2009, at 2:00 p.m. before the Honorable William H. Alsup;

2

and (2) the period from May 27, 2008, through July 28, 2009, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(2) and (h)(8)(A) & (B)(iv). If the defendant successfully completes pretrial diversion and the case is dismissed, the hearing scheduled for July 28, 2009, will be vacated.

STIPULATED:

DATED:___7/1/08_____        ____/s/_____
                                JODI LINKER
                                Attorney for Defendant

DATED:___7/11/08_____       ____/s/_____
                                KIRSTIN M. AULT
                                Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____          _____
                                WILLIAM H. ALSUP
                                United States District Judge

3

and (2) the period from May 27, 2008, through July 28, 2009, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(2) and (h)(8)(A) & (B)(iv). If the defendant successfully completes pretrial diversion and the case is dismissed, the hearing scheduled for July 28, 2009, will be vacated.

STIPULATED:

DATED: 7/1/08

_____
JODI LINKER
Attorney for Defendant

DATED: 7/11/08

_____
KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____

_____
WILLIAM H. ALSUP
United States District Judge

3