1    BARRY J. PORTMAN
     Federal Public Defender
2    JODI LINKER
     Assistant Federal Public Defender
3    19th Floor Federal Building
     450 Golden Gate Avenue
4    San Francisco, CA 94102
     Telephone:  (415) 436-7700
5
     Counsel for Defendant JORDAN
6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )    No. CR-07-0737 JSW (JL)
                                       )
12                  Plaintiff,         )    STIPULATION & [PROPOSED] ORDER
                                       )    RE: TRAVEL
13   v.                                )
                                       )
14   JACYNTA JORDAN,                   )
                                       )
15                  Defendant.         )
     _____)

16

17          Jacynta Jordan, defendant in the above-captioned case, is currently under pretrial

18   supervision with a condition that she not travel outside of the Northern District of California

19   without permission from the Court.  Through counsel, Ms. Jordan petitions this Court for

20   permission to travel to Reno, Nevada for a family reunion on August 8, 2008 through August 10,

21   2008.  Neither the government nor the Pretrial Services Office has an objection to this request.

22          Therefore, for good cause shown, the defendant's terms of pretrial release are modified as

23   follows:

24   ///

25   ///

26

     Stipulation & [Proposed] Order Re: Travel        1

1         Ms. Jordan shall be permitted to travel to Reno, Nevada, from August 8, 2008 through

2    August 10, 2008, after she has first informed her Probation Officer of the itinerary for her travel

3    and a contact number where she can be reached during such travel.

4         IT IS SO STIPULATED.

5

6    _____Aug 4, 2008____                _____/S/_____
     DATED                                          KIRSTIN AULT

7                                                 Assistant United States Attorney

8

9    _____Aug 4, 2008____                _____/S/_____
     DATED                                          JODI LINKER

10                                              Assistant Federal Public Defender

11

     IT IS SO ORDERED.

12

13

14   _____
     DATED                                          WILLIAM H. ALSUP

15                                              United States District Judge

16

17

18

19

20

21

22

23

24

25

26