1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant JORDAN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )    No. CR-07-0737 JSW (JL)
                                     )
12 |            Plaintiff,            )    STIPULATION & [PROPOSED] ORDER
                                     )    RE: TRAVEL
13 | v.                               )
                                     )
14 | JACYNTA JORDAN,                  )
                                     )
15 |            Defendant.            )
   |_____)
16

17     Jacynta Jordan, defendant in the above-captioned case, is currently under pretrial

18 supervision with a condition that she not travel outside of the Northern District of California

19 without permission from the Court. Through counsel, Ms. Jordan petitions this Court for

20 permission to travel to Reno, Nevada for a family reunion on August 8, 2008 through August 10,

21 2008. Neither the government nor the Pretrial Services Office has an objection to this request.

22     Therefore, for good cause shown, the defendant's terms of pretrial release are modified as

23 follows:

24 ///

25 ///

26

Stipulation & [Proposed] Order Re: Travel            1

1 | Ms. Jordan shall be permitted to travel to Reno, Nevada, from August 8, 2008 through August 10, 2008, after she has first informed her Probation Officer of the itinerary for her travel and a contact number where she can be reached during such travel.

IT IS SO STIPULATED.

____Aug 4, 2008____                    _____/S/_____
DATED                                   KIRSTIN AULT
                                        Assistant United States Attorney

____Aug 4, 2008____                    _____/S/_____
DATED                                   JODI LINKER
                                        Assistant Federal Public Defender

IT IS SO ORDERED.

August 5, 2008.
_____                _____
DATED                                   WILLIAM H. ALSUP
                                        United States District Judge

Stipulation & [Proposed] Order Re: Travel        2