# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date:  August 19, 2008

Case No.:  CR 07-00737 WHA

Title:  UNITED STATES -v- JACYNTA JORDAN (present)

Appearances:

       For the Government:  Kirstin Ault

       For the Defendant(s):  Jodi Linker

Interpreter:  n/a                Probation Officer: n/a

Deputy Clerk: Dawn Toland      Court Reporter:  Margo Gurule

### PROCEEDINGS

1)  Status re Pretrial Diversion - HELD

2)  _____

Case continued to **9/2/08 at 2:00pm**  for Further Status

Time Excluded:  **Begins:**               **Ends:**

**ORDERED AFTER HEARING:**

Pretrial has completed the report for the diversion program, but the paperwork still needs to be signed by all the parties.  The hearing on 9/2/08 will be vacated, if the paperwork is signed before then.