1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant JORDAN
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )    No. CR-07-0737 WHA
                                     )
11            Plaintiff,             )    [PROPOSED] ORDER CONFIRMING
                                     )    DISMISSAL AND EXONERATING BOND
12  v.                               )
                                     )
13  JACYNTA JORDAN,                  )
                                     )
14            Defendant.             )
    _____)

15

16        On August 3, 2009, the parties in the above-captioned case appeared before the Court for

17  a status hearing on defendant Jacynta Jordan's pre-judgment diversion.  The parties informed the

18  Court that Ms. Jordan had successfully completed diversion, and the government moved for

19  leave to dismiss the case against Ms. Jordan.  For good cause shown, the Court granted the

20  government's request and the case against Ms. Jordan was dismissed.

21        The case having been dismissed, the bond is hereby exonerated and the Clerk of the Court

22  shall return Ms. Jordan's passport to her immediately.

23        IT IS SO ORDERED.

24

25   August 7, 2009
    _____
26  DATED                              WILLIAM ALSUP
                                       United States District Judge

    *U.S. v. Jordan*, CR-07-0737 WHA;
    [PROPOSED] ORDER CONFIRMING
    DISMISSAL AND EXONERATING BOND            1